**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| LEROY LONDON, | : No. 570 EAL 2017 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| ZONING BOARD OF PHILADELPHIA, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.